[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13120
Non-Argument Calendar

_____

D.C. Docket No. 1:19-cr-20349-RS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHNNY REYES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 31, 2021)

Before JILL PRYOR, NEWSOM and LUCK Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Boyd*, 975 F.3d 1185, 1190, 1192 (11th Cir. 2020) (sentence appeal waiver was knowing and voluntary where district court specifically questioned defendant about the waiver during the plea colloquy).